# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH S. SWARTZ, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.   2:25-cv-00612-JAM-SCR<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: January 22, 2025<br><br>District Judge: John A. Mendez |

The Court hereby grants Plaintiff Ruth S. Swartz and Defendant Ford Motor Company's Joint Motion for Dismissal of All Claims With Prejudice.

GOOD CAUSE APPEARING, it is hereby ORDERED that: Plaintiff's Complaint shall be dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: April 13, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

-1-                Case No. 2:25-cv-00612-JAM-SCR
ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE